RECEIVED

MAR -5 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION, JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV, JANSSEN RESEARCH AND DEVELOPMENT, LLC, and CILAG GMBH INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA USA, INC., *et al.*,<br><br>Defendants. | Civil Action No. 17-5005 (PGS)(DEA)<br>Civil Action No. 17-5135 (PGS)(DEA)<br>Civil Action No. 17-5278 (PGS)(DEA)<br>Civil Action No. 17-5302 (PGS)(DEA)<br>Civil Action No. 17-7342 (PGS)(DEA)<br>Civil Action No. 17-13130 (PGS)(DEA)<br>Civil Action No. 18-292 (PGS)(DEA)<br>(consolidated)<br><br>**ORDER CONSOLIDATING CASES FOR DISCOVERY AND CASE MANAGEMENT PURPOSES** |

**THIS MATTER,** having come before the Court by way of an Initial Scheduling Conference on February 13, 2018, and all Counsel having consented to this Order, and for good cause shown,

IT IS on this 5th day of March, 2018,

**ORDERED** that Civil Action Nos. 17-5005 (PGS)(DEA), 17-5135(PGS)(DEA), 17-5278(PGS)(DEA), 17-5302(PGS)(DEA), 17-7342(PGS)(DEA), 17-13130(PGS)(DEA), and 18-292(PGS)(DEA) (collectively, the "Consolidated Actions") are consolidated for discovery and case management purposes;

**IT IS FURTHER ORDERED** that all filings in the Consolidated Actions shall use the above caption on this Order;

-2-

IT IS FURTHER ORDERED that Civil Action No. 17-5005 shall be the Lead Case and all filings going forward that are common to all of the Consolidated Actions shall be filed in Civil Action No. 17-5005 only; and

IT IS FURTHER ORDERED that all counsel who have been admitted *pro hac vice* in any of the Consolidated Actions shall be deemed to be admitted *pro hac vice* in Civil Action No. 17-5005.

**SO ORDERED.**

DATED: 3/5/18

_____
Honorable Douglas E. Arpert, U.S.M.J.