Liza M. Walsh
Marc D. Haefner
Joseph L. Linares
**WALSH PIZZI O'REILLY FALANGA LLP**
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
Tel: 973.757.1100

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION, JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV, JANSSEN RESEARCH AND DEVELOPMENT, LLC, and CILAG GMBH INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC., LAURUS LABS LTD., INDOCO REMEDIES LTD., ZYDUS PHARMACEUTICALS (USA) INC., SANDOZ, INC., and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | Civil Action No. 17-5005 (PGS) (DEA)<br>Civil Action No. 17-5135 (PGS) (DEA)<br>Civil Action No. 17-5278 (PGS) (DEA)<br>Civil Action No. 17-5302 (PGS) (DEA)<br>Civil Action No. 17-7342 (PGS) (DEA)<br>Civil Action No. 17-13130 (PGS) (DEA)<br>Civil Action No. 18-0292 (PGS) (DEA)<br>(consolidated)<br><br>*Filed Electronically* |

### STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTION AND RESPONSES TO INTERROGATORIES AS TO DEFENDANT TEVA PHARMACEUTICALS USA, INC.

IT IS HEREBY STIPULATED AND AGREED, by request of Defendant Teva Pharmaceuticals USA, Inc. ("Teva") and on consent of Plaintiffs Mitsubishi Tanabe Pharma Corp., Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica NV, Janssen Research and Development, LLC,

and Cilag GmbH International (collectively, "Plaintiffs"), by and through their undersigned counsel and subject to approval of the Court, that:

1. The December 10, 2018 deadline for substantial completion of document production established by DE No. 86 shall be extended to and including **February 8, 2019** only with respect to Teva's production of documents to Plaintiffs; and

2. The deadline for Teva to respond to the interrogatories served by Plaintiffs on December 3, 2018 shall be **February 1, 2019**.

**SO STIPULATED:**

By: *s/Liza M. Walsh*
Liza M. Walsh
Marc D. Haefner
Joseph L. Linares
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
(973) 757-1100

OF COUNSEL:
Robert Frederickson III (admitted *pro hac vice*)
GOODWIN PROCTER LLP 100 Northern Avenue Boston, MA 02210
(617) 570-1000

Elizabeth Holland (admitted *pro hac vice*)
Cindy Chang (admitted *pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building 620 Eighth Avenue New York, NY 10018
(212) 813-8800
*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

Dated: December 10, 2018

By: *s/Charles M. Lizza*
Charles M. Lizza
William C. Baton
David Moses
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700

OF COUNSEL:
Raymond N. Nimrod
Matthew A. Traupman
Catherine T. Mattes
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010
*Attorneys for Plaintiffs*

SO ORDERED this 15th day of ~~December~~ January, 2018.

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.