Colleen Tracy James
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7037
colleentracyjames@quinnemanuel.com

*Attorneys for Plaintiffs*
*Mitsubishi Tanabe Pharma Corporation,*
*Janssen Pharmaceuticals, Inc.,*
*Janssen Pharmaceutica NV,*
*Janssen Research and Development, LLC,*
*and Cilag GmbH International*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION, JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV, JANSSEN RESEARCH AND DEVELOPMENT, LLC, and CILAG GMBH INTERNATIONAL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MACLEODS PHARMACEUTICALS, LTD. and MACLEODS PHARMA USA, INC.,<br><br>　　　　　Defendants. | Civil Action No. 17-13130 (PGS)(DEA)<br><br>NOTICE OF APPEARANCE<br><br>(Filed Electronically) |

PLEASE TAKE NOTICE that Colleen Tracy James, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel for plaintiffs Mitsubishi Tanabe Pharma Corporation, Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica NV, Janssen Research and Development, LLC, and Cilag GmbH International in the above-captioned matter and requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: February 7, 2019     Respectfully submitted,

By: s/ Colleen Tracy James
Colleen Tracy James
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7037
colleentracyjames@quinnemanuel.com

*Attorneys for Plaintiffs*
*Mitsubishi Tanabe Pharma Corporation,*
*Janssen Pharmaceuticals, Inc.,*
*Janssen Pharmaceutica NV,*
*Janssen Research and Development, LLC,*
*and Cilag GmbH International*